UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES KW MATLEAN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES DZURENDA, Director NDOC, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:17-cv-01461-KJD-DJA<br><br>ORDER |

　　The Court granted summary judgment for all Defendants except Jo Gentry, Warden SDCC, Dr. Koehn, Dr. Vicuna, and SL Clark on September 27, 2019. Following entry of separate judgment on the dismissed defendants on September 30, 2019, no party has taken any action of record. On August 27, 2020, the Clerk of the Court notified (#49) Plaintiff that no action of record had been taken for longer than 270 days and that unless Plaintiff took action, the Court would dismiss his complaint for want of prosecution in accordance with Local Rule 41-1. Neither party responded to the Clerk's notice. Therefore, in accordance with Federal Rule of Civil Procedure 41 (a) and LR 41-1 and good cause being found, the Court dismisses this action for want of prosecution.

　　Accordingly, IT IS HEREBY ORDERED that this action is **DISMISSED with prejudice** against the remaining Defendants in accordance with Rule 41;

　　IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for the remaining Defendants and against Plaintiff.

Dated this 27th day of October 2020.

_____
Kent J. Dawson
United States District Judge